```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| FLEET MANAGEMENT, LTD., et al. | : | NO. 07-279 |

<u>ORDER</u>

AND NOW, this 20th day of August, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Yevgen Dyachenko to suppress or, in the alternative, to preclude admission into evidence of his personal notepads (Doc. #266) is DENIED;

(2) the motion of defendant Yevgen Dyachenko for a separate trial (Doc. #267) is DENIED; and

(3) the motion of defendant Fleet Management, Ltd. for severance (Doc. #269) is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                 C.J.